ACCEPTED
03-15-00518-CV
6905538
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 11:13:39 AM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00518-CV

### IN THE THIRD COURT OF APPEALS
### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 11:13:39 AM
JEFFREY D. KYLE
Clerk

_____

### CITY OF SAN MARCOS, TEXAS
*Appellant*

v.

### SAM BRANNON, COMMUNITIES FOR TEXAS THRIVING WATER FLUORIDE-FREE SAN MARCOS, MORGAN KNECHT AND KATHLEEN O'CONNELL
*Appellee*

_____

On Appeal from the 274th Judicial District Court of Hays County, Texas
Honorable R. Bruce Boyer, Judge Presiding
Trial Court Cause Number 15-1266

---

## MOTION FOR EXTENSION OF TIME

---

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant, City of San Marcos, Texas and files its first Motion for Extension of Time, asking that the Court extend the time for filing the Appellant's Brief in this interlocutory appeal.

### A.

1.     The case is on appeal from the 275th Judicial District Court, Hayes County, Texas.

1

Motion for Extension of Time

2. The style and number of the case in the trial court is *City of San Marcos, Texas v. Sam Brannon, Communities for Texas Thriving Water Flouride-Free San Marcos, Morgan Knecht and Kathleen O'Connell,* Cause Number 15-1266

3. This is an appeal of an order denying the City's Plea to the Jurisdiction on Counterclaims.

4. The present deadline for filing the Brief of Appellant in this case is September 15, 2015.

5. Appellant seeks an extension of time of fifteen (15) days – until September 30, 2015.

6. This is the first motion for extension of time filed by the Appellant in this appeal.

Motion for Extension of Time

B.

7.     Appellant's counsel requires additional time to complete full review the record and the applicable law before completing Appellant's Brief.

8.     This extension is not sought for the purposes of delaying this appeal, but so that justice may be done.

Respectfully submitted,

**MCKAMIE KRUEGER, LLP**
941 Proton Rd.
San Antonio, Texas 78258
210.546.2122
210.546.2130 (Fax)

/s/: William M. McKamie            _____
WILLIAM M. McKAMIE
State Bar No. 13686800
mick@mckamiekrueger.com

and

Michael J. Cosentino
State Bar No. 04849600
mcosentino@sanmarcostx.gov
**CITY ATTORNEY**
CITY OF SAN MARCOS, TEXAS
512.393.8153
Fax 512.393.3983

**ATTORNEYS FOR APPELLANT**

3

Motion for Extension of Time

## CERTIFICATE OF CONFERENCE

I certify that on September 12, 2015, I advised counsel for Appellees by email that Appellant seeks an extension to file Appellant's Brief for fifteen days, to September 30, 2015.
The Motion is OPPOSED.

Craig F. Young                          OPPOSED
*Attorney for Morgan Knecht*

Lynn Peach                              OPPOSED
*Attorney for Sam Brannon*

Brad Rockwell                           _____
*Attorney for Kathleen O'Connell and*
*Communities for Thriving Water-Fluoride*
*Free San Marcos*

/s/ William M. McKamie_____
WILLIAM M. McKAMIE

## CERTIFICATE OF SERVICE

I certify that on September 14, 2015, a complete and correct copy of *Motion for Extension of Time* was filed electronically with the Third Court of Appeals with notice of case activity to be generated and sent electronically by the Clerk of the court with ECF notice being sent to the following counsel of record:

Craig F. Young
108 E. San Antonio
San Marcos, Texas 78666
512.847.7809
512.393.1212 (Fax)
cyoung@lawyer.com
*Attorney for Morgan Knecht*

Motion for Extension of Time

Lynn Peach
147 S. Guadalupe, Suite 101
San Marcos, Texas 78666
512.393.9991
888.428.0468 (Fax)
lynn@lynnpeachlaw.com
*Attorney for Sam Brannon*

Brad Rockwell
707 Rio Grande, Ste. 200
Austin, Texas 78701
SBN 17129600
brad@LF-lawfirm.com
512-469-6000
512-482-9346 (fax)
*Attorney for Kathleen O'Connell and*
*Communities for Thriving Water-Fluoride*
*Free San Marcos*

/s/ William M. McKamie_____
WILLIAM M. McKAMIE

Motion for Extension of Time